**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6960**

———————

JAMES ALLEN MORRIS,

        Petitioner - Appellant,

    v.

WARDEN JOYCE FRANCIS, The Attorney General of the State of
Mississippi,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:06-cv-00024-REM-JSK)

———————

Submitted:  November 13, 2008    Decided:  November 19, 2008

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Allen Morris, Appellant Pro Se. Rita R. Valdrini,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Allen Morris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Morris v. Warden Joyce Francis, No. 2:06-cv-00024-REM-JSK (N.D. W. Va. May 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED